UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL JERRI JAMES, | ) | CASE NO.: C08-1036-RSM |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING § 2241 PETITION |
| ROBERT J. PALMQUIST, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's habeas corpus petition under 28 U.S.C. § 2241, respondent's answer, petitioner's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, petitioner's request to dismiss his own case (Dkt. #18), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition is DENIED and this action is DISMISSED;

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _24_ day of November, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2241 PETITION
PAGE -1